IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| SILVIA G. MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, and<br>UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | Case No. 8:13-CV-00237 |

## DECLARATION AND CERTIFICATION OF DOCUMENTS OF TIFFANY DORSEY

I, TIFFANY DORSEY, am competent to make the following Declaration based upon personal knowledge, under penalty of perjury, and declare as follows:

1. I am employed as a contractor by the United States Department of Justice, Office of the United States Attorney, District of Maryland, in Baltimore, Maryland.

2. My duties include the receipt of hand deliveries and the processing of mail addressed to the Office of the United States Attorney.

3. As part of my duties, I routinely accept service of process on behalf of the United States Attorney for the District of Maryland, and I often accept deliveries, including summonses and complaints, addressed to other members of the staff in their respective official capacities.

4. Also as part of my duties, I have access to mail records created and/or maintained by the Office of the United States Attorney, District of Maryland. These records are made at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of the relevant matters.

5. On August 19, 2013, I received via U.S.P.S. registered mail a summons and related materials in the above-captioned case addressed to the United States Attorney for District of Maryland, Attn: Civil Process Clerk.

6. Attached at Exhibit 1 is a copy of the notation I made in the office's mail log book, which describes the receipt of the registered mail referenced in paragraph 4 above.

7. Attached at Exhibit 2 is a photocopy of the mail envelope that contained the registered mail referenced in paragraph 4 above. The registered mail label affixed to said envelope shows Tracking Number RE280074380US and a mailing date of August 15, 2013.

8. Upon receipt of the registered mail referenced in paragraph 4 above, I forwarded it to the Civil Division, Office of the United States Attorney, District of Maryland.

9. I certify that the attached documents are true and accurate copies of records maintained by the Office of the United States Attorney or the District of Maryland in the course of its regularly conducted activity as a regular practice: Exhibit 1 – Mail Log Book Sheet; Exhibit 2 – mail envelope corresponding to registered mail referenced in paragraph 4 above.

I have read the foregoing statements and hereby declare in accordance with the provisions of 28 U.S.C. § 1746, under penalty of perjury that they are true and correct.

DATED: November 18, 2013

TIFFANY DORSEY
Contractor
Office of the United States Attorney
District of Maryland

# EXHIBIT 1

Hand Delivered Mail Log Sheets

| Date | Time | Case Information | Accepted For/By |
|---|---|---|---|
|  | 12:29 | Post Office Summons (Carl H. Jeanty v. Officer S.E. Hustler 13-CV-01634-DKC) | A. Cacks TD |
|  | 12:30 | Post Office Complaint (United States of America vs. Under Seal 13-CV-0711(ANJG)) | A. Cacks TD |
|  | 12:30 | Post Office Summons (Pauline Jones v. Social Security GLR-13-2010) | A. Cacks TD |
| 8/19/13 | 12:55 pm | Post Office Summons (William Braxton v. Carolyn Colvin Social Security 1:13 cv 2259) | A. Loucks CM |
|  |  | Post office Complaint (Re: False Claims Act Olukemi Jolapso v. Erickson Living No. 13-2026) | A. Loucks CM |
|  |  | Post Office Summons (Silvia Martinez V. USA Civil action No. 8:13-cv-00237 DKC) | A. Loucks CM |

# **EXHIBIT 2**

U.S. POSTAGE
PAID
BALTIMORE, MD
21202
AUG 15, '13
AMOUNT
$14.15
00030212-11

REGISTERED MAIL

RE 280 074 380 US

UNITED STATES OF AMERICA
U.S. ATTORNEY FOR DISTRICT OF MD
Attn: Civil Process Clerk
District of Maryland
36 South Charles Street, 4th Floor
Baltimore, Maryland 21202

**Anne Hoke & Associates**
10 East Baltimore Street, Suite 901
Baltimore, MD 21202

Attempted 9/7/13